UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
WELLS FARGO BANK, N.A.,                                                 :
:
Plaintiff,                                            :
:  22 Civ. 8606 (JPC)
-v-                                                                     :
:  ORDER
:
THE UNITED STATES LIFE INSURANCE                                        :
COMPANY IN THE CITY OF NEW YORK,                                        :
:
Defendant.                                            :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In light of Defendant's request for leave to file a motion to amend its answer and affirmative defenses, Dkt. 26, the parties should be prepared to discuss the amendment of Defendant's answer at the January 26, 2023 conference and how granting that request would impact Plaintiff's currently pending motions for judgment on the pleadings, Dkt. 22, and to stay discovery, Dkt. 20.

SO ORDERED.

Dated: January 25, 2023
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge