UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
WELLS FARGO BANK, N.A., :
:
Plaintiff, :
: 22 Civ. 8606 (JPC)
-v- :
: ORDER
:
THE UNITED STATES LIFE INSURANCE :
COMPANY IN THE CITY OF NEW YORK, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 17, 2023, the Court ordered the parties to file a status letter one week after the conclusion of the settlement conference contemplated by the Court's Order of Reference to Judge Lehrburger.  Dkts. 47, 48.  Judge Lehrburger held the settlement conference on September 26, 2023.  *See* Dkt. 51.  The parties have since failed to file a status letter.  Accordingly, it is hereby ORDERED that the parties file a status letter by 5:00 p.m. on October 6, 2023.

SO ORDERED.

Dated:  October 4, 2023
        New York, New York

_____
JOHN P. CRONAN
United States District Judge