UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                       :

WELLS FARGO BANK, N.A.,                       :
                                                                       :

                       Plaintiff,           :
                                                                           :

                -v-                          :               22 Civ. 8606 (JPC)
                                                                           :

THE UNITED STATES LIFE INSURANCE      :                 <u>ORDER</u>
COMPANY IN THE CITY OF NEW YORK,     :
                                                                         :

                    Defendant.       :
                                                                           :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Trial is scheduled to begin in this matter on June 15, 2026.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

       The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by April 13, 2026.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by April 27, 2026.  The parties may file replies in support of any motion *in limine* and such replies are due by May 6, 2025.

       The parties shall appear for a final pretrial conference on June 3, 2026, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.  The parties shall submit thumb drives to the Court with electronic copies of all intended exhibits by June 3, 2026.  Unless otherwise ordered, the parties shall not submit hard copies of any exhibits.

SO ORDERED.

Dated: August 22, 2025
      New York, New York

                                                JOHN P. CRONAN
                                      United States District Judge