UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                    :

WELLS FARGO BANK, N.A.,          :

               Plaintiff,     :

                    :        22 Civ. 8606 (JPC)

    -v-              :

                    :        <u>ORDER</u>

THE UNITED STATES LIFE INSURANCE   :
COMPANY IN THE CITY OF NEW YORK,   :

             Defendant.   :

                    :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The final pretrial conference currently scheduled for June 3, 2026 at 10:00 a.m., *see* Dkt. 136, is rescheduled to June 1, 2026 at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: May 1, 2026
       New York, New York                      JOHN P. CRONAN
                                          United States District Judge